IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00097-MJW

CAROLYN POLLARD, et al.,
Individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ETS PC, INC. f/k/a EBERL'S TEMPORARY SERVICES, INC.,
ECS PC, INC. f/k/a EBERL'S CLAIM SERVICE, INC.,
EAC PC, LLC f/k/a EBERL'S ACQUISITION CO., LLC,
ETS HOLDING COMPANY, INC.,
EBERL CLAIMS SERVICE, LLC f/k/a FORSYTH COLORADO, LLC, and
KIRK J. EBERL,

Defendants.

## ENTRY OF APPEARANCE

John M. Husband, of the law firm Holland & Hart, LLP, hereby enters his appearance on

behalf of Defendant Eberl Claims Service, LLC f/k/a Forsyth Colorado, LLC.

Dated: February 9, 2016.

Respectfully submitted,

s/ *John M. Husband*

John M. Husband
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: 303-295-8228
Fax: 303-975-5381
jhusband@hollandhart.com

**ATTORNEYS FOR DEFENDANT EBERL CLAIMS SERVICE, LLC F/K/A FORSYTH COLORADO, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael A. Starzyk
April L. Walter
Amber L. Karns
Megan M. Mitchell
Starzyk & Associates, PC
10200 Grogan's Mill Road, Suite 300
The Woodlands, TX 77380
mstarzyk@starzyklaw.com
awalter@starzyklaw.com
akarns@starzyklaw.com
mmitchell@starzyklaw.com

*s/ Santa M. Patafio*
Santa M. Patafio

8467016_1