IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00097-WJM-MJW

CAROLYN POLLARD,
DANNY POLLARD,
GWENDOLYN DURIO,
KEITH FAULKNER,
BRENDA GIDNEY,
VINCE GOODMAN,
TOM HOLBROOK,
JAMES HOWELL,
BRUCE JONES,
RODOLFO LAU,
LISA LAWSON,
PATRICK LLOYD,
JORGE MALTA,
MARK W. MCCLOSKEY,
JACKIE MITCHELL,
TONY MITCHELL,
DANIEL PENNINGTON,
DYRLES PENNINGTON,
LINDA PENNINGTON,
MARTIN POWER,
SYBIL SHUMATE,
MARISSA SMALL,
MARLO SOLOMON,
JASON SPRABARY,
VERONICA THOMAS,
GILMORE YACKEY,
Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ETS PC, INC. F/K/A EBERL'S TEMPORARY SERVICES, INC.,
ECS PC, INC. F/K/A EBERL'S CLAIM SERVICE, INC.,
EAC PC, LLC F/K/A EBERL'S ACQUISITION CO., LLC,
ETS HOLDING COMPANY, INC.,
EBERL CLAIMS SERVICE, LLC F/K/A FORSYTH COLORADO, LLC, and
KIRK J. EBERL,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Vacate Scheduling Conference and Stay Discovery Pending Determination of Defendants' Motion to Compel Arbitration and Dismiss (Docket No. 123) is GRANTED, based upon the parties' agreement and the Court's independent weighing of the *String Cheese* factors, *see String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006);

- The Scheduling Conference set for March 17, 2016, at 10:30 a.m. is VACATED, along with the requirement to file a proposed scheduling order;

- Discovery and all other proceedings in this case are STAYED; and

- No later than <u>five business days</u> after Judge Martinez resolves Defendants' Motion to Compel Arbitration and Dismiss (Docket No. 67), if the case is to proceed forward in this forum in any fashion, the parties shall file a joint status report advising the Court of three dates and times for which they are available for a scheduling conference.

Date: March 4, 2016